1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8

9   WILLIAM J. GRADFORD,                          Case No. 1:22-cv-01637-EPG (PC)

10                  Plaintiff,

11        v.                                       ORDER FOR PLAINTIFF TO SUBMIT
                                                   APPLICATION TO PROCEED IN FORMA
                                                   PAUPERIS OR PAY FILING FEE WITHIN 45
12   CAPTAIN DUCAN, et al.,                        DAYS

13                  Defendants.

14

15        Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $402.00 filing fee or submitted an application to *proceed in*

17   *forma pauperis* pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

20   attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

21   pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a**

22   **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**

23   **action.**
     IT IS SO ORDERED.

24

25     Dated:   __**January 3, 2023**__            /s/ _Erica P. Grosjean_
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                    1