UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPTAIN DUCAN, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01637-ADA-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 10) |

　　　William Gradford ("Plaintiff") is a former prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 30, 2023, Plaintiff submitted an application to proceed *in forma pauperis*.  (ECF No. 10).  Plaintiff has made the showing required by 28 U.S.C. § 1915(a).  Therefore, the Court will grant Plaintiff's application.

　　　Accordingly, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 10) is GRANTED.

IT IS SO ORDERED.

　　Dated:   **April 24, 2023**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1