UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>  Plaintiff,<br><br>v.<br><br>CAPTAIN DUNCAN, et al.,<br><br>  Defendants. | Case No.  1:22-cv-01637-ADA-EPG (PC)<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 16) |

Plaintiff William J. Gradford is a former prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 23, 2023, this Court issued a screening order, finding no cognizable claims, but giving Plaintiff thirty days to file an amended complaint or a notice to stand on his complaint. (ECF No. 14).

On June 15, 2023, Plaintiff filed both (1) an amended complaint form, which mostly contains scribbled out an indecipherable writing, but also contained nonsensical statements, like "I didn't kill JFK," and (2) a document titled "notice voluntary dismissal under Fed. R. Civ. P. 41" listing this case and several other cases. (ECF Nos. 15, 16).

Given that the amended complaint contains no discernable claims and Plaintiff's specific citation to the language and Rule permitting a voluntary dismissal, the Court concludes that Plaintiff's intent is to voluntarily dismiss this action.

1

1   Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated:  **June 16, 2023**               /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE